**DISMISS and Opinion Filed December 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00658-CV

### SHIRLEY F. HARKLESS, Appellant
### V.
### EPH 2 ASSETS, LLC ATTY, MURRAH & KILLOUGH PLLC, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02319-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by November 1, 2018. By postcard dated November 5, 2018, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180658F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SHIRLEY F. HARKLESS, Appellant

No. 05-18-00658-CV     V.

EPH 2 ASSETS, LLC ATTY, MURRAH & KILLOUGH PLLC, Appellees

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-02319-E.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered December 20, 2018